UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BRAWLEY,<br><br>      Plaintiff<br><br>V.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AND VERIZON COMMUNICATIONS SHORT TERM DISABILITY PLAN,<br><br>      Defendants | CIVIL ACTION NO. 15-13315-DJC |

## NOTICE OF DISMISSAL

NOW COME all parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs. Each party shall bear its own attorneys' fees and costs. All parties waive all rights of appeal.

Respectfully submitted,

| PLAINTIFF | DEFENDANT |
|---|---|
| THOMAS BRAWLEY, | METROPOLITAN LIFE INSURANCE COMPANY & VERIZON COMMUNICATIONS SHORT TERM DISABILITY PLAN, |
| /s/ Mala M. Rafik | |
| Mala M. Rafik | |
| BBO No. 638075 | /s/ William D. Pandolph |
| Rosenfeld Rafik & Sullivan, P.C. | William D. Pandolph |
| 184 High Street, Suite 503 | BBO No. 625133 |
| Boston, MA  02110 | Sulloway & Hollis, P.L.L.C. |
| (617) 723-7470, ext. 205 | 9 Capitol Street |
| Email: mmr@rosenfeld.com | PO Box 1256 |
| | Concord, NH 03302-1256 |
| | (603) 223-2862 |
| Dated: February 25, 2016 | Email: wpandolph@sulloway.com |

1

## **CERTIFICATION**

I hereby certify that on **February 25, 2016**, a copy of the foregoing **Notice of Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Mala M. Rafik